✎ PS 8
(3/15)

Case 4:16-cr-06023-RMP   Document 56   Filed 11/10/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Jerry William Lindsey Jr.                              Docket No.      0980 1:16CR06023-RMP-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jerry William Lindsey Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 10th day of May, 2016, under the following conditions:

**Condition #22:** Defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The Defendant is restricted to his residence at all times except for employment, medical, legal, and religious reasons, and as otherwise approved by the United States Pretrial Services. The Defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

Violation #1:   Failing to abide by location monitoring program requirements by tampering with the Global Positioning Satellite (GPS) device, resulting in damage to the equipment.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   November 10, 2016 |
| by | s/Linda J. Leavitt |
| | Linda J. Leavitt
U.S. Pretrial Services Officer |

Jerry William Lindsey Jr.
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_M. K. Dimke_
Signature of Judicial Officer

11/10/2016
Date